**Electronically Filed
Supreme Court
SCEC-24-0000761
17-DEC-2024
10:26 AM
Dkt. 34 ODMR**

SCEC-24-0000761

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

KARL ORLANDO DICKS and EMIL SVRCINA, Plaintiffs,

vs.

STATE OF HAWAIʻI OFFICE OF ELECTIONS and SCOTT NAGO, Defendants.

_____

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the motion for reconsideration filed on December 12, 2024, refiled on December 15, 2024, and the record, this court has not overlooked or misapprehended points of law or fact. See Hawaiʻi Rules of Appellate Procedure Rule 40(b) (eff. 2000).

It is ordered that the motion is denied.

DATED: Honolulu, Hawaiʻi, December 17, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

